UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIRLINES, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-01737-SDW-JSA<br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE**<br><br>**(VIA ECF)** |

It is hereby stipulated and agreed by and between Plaintiff Carlos Herrera ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Defendant") (improperly pleaded as "Delta Airlines, Inc."), by and through their undersigned counsel, that the above-captioned action, and all claims asserted therein, is dismissed without prejudice and without costs or attorneys' fees against any party.

**ZEMEL LAW, LLC**

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law, LLC
660 Broadway
Paterson, New Jersey 07514
*Attorneys for Plaintiff*

Dated: April 18, 2023

**LITTLER MENDELSON, P.C.**

/s/ David S. Ostern
Amber M. Spataro, Esq.
David S. Ostern, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: (973) 848-4700
E: ASpataro@littler.com
E: DOstern@littler.com
*Attorneys for Defendant*

Dated: April 18, 2023

SO ORDERED:

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

Dated: _____April 28_____, 2023

4872-6940-4252.1 / 105518-1012